UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PEGGY ABADIE, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-2851** |
| **MEDTRONIC INC., ET AL** | **SECTION B(3)** |

**ORDER**

Before the Court is Plaintiffs' Motion to Remand. (Rec. Doc. 8). Plaintiffs have stipulated that the amount in controversy is less than $75,000.00, and Defendants have therefore indicated that they do not oppose the granting of this motion. (Rec. Doc. 12). Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Remand is **GRANTED**.

**IT IS FURTHER ORDERED** that the above captioned matter is remanded to the Twenty-Fourth Judicial District Court for the Parish of Jefferson.

New Orleans, Louisiana, this 21st day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE